ORDERED.

**Dated: March 04, 2019**

*/s/ Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

IN RE:　　　　　　　　　　　　　　　　　CASE NO.: 9:18-bk-10509-FMD
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7
Patricia Luree Houck,

　　　Debtor.
_____/

### ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on consideration for hearing on February 28, 2019 at 9:30 AM on Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Secured Creditor") Motion for Relief from Stay (Docket No. 8) and Trustee's Response (Docket No. 9). For the reasons stated orally on the record, accordingly, it is:

ORDERED:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED, however, LIMITED in scope to allow for Secured Creditor to proceed with its state court remedies through a foreclosure judgment. This Court reserves jurisdiction and Secured Creditor is required to obtain further relief from the automatic stay prior to proceeding with a foreclosure sale. Secured Creditor does not need to pay an additional filing fee for a subsequent filing seeking additional relief from the automatic stay.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated, subject to the

aforementioned, as to the Secured Creditor's interest in the following property located at 20850 Hammock Greens Ln Unit 104, Estero, FL 33928, in Lee County, Florida, and legally described as:

> THE FOLLOWING DESCRIBED REAL PROPERTY IN THE COUNTY OF LEE, STATE FLORIDA:
>
> UNIT 104, BUILDING 5, HAMMOCK GREENS IV AT PELICAN SOUND, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM AS RECORDED IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF LEE COUNTY, FLORIDA, IN O.R. BOOK 3178, PAGE 201, AS AMENDED, PUBLIC RECORDS OF LEE COUNTY, FLORIDA.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor.
4. Secured Creditor is further granted relief in order to contact the Debtor by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.
5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.
6. Attorneys' fees *and costs* in the amount of $~~750.00~~ $931.00 ~~and costs in the amount of $181.00~~ are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.
7. A Notice of Abandonment of the subject property or Report of No Distribution filed by the Trustee shall serve to lift the automatic stay without the need for further court approval prior to proceeding with a foreclosure sale.

### ###

Christopher P. Salamone is directed to serve copies of this order on all interested parties and file a certificate of service.