

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/16/2019 09:30 AM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:18-bk-10509-FMD | 7 | 12/07/2018 |

**Chapter 7**

**DEBTOR:**  Patricia Houck

**DEBTOR ATTY:**  David Lampley

**TRUSTEE:**  Robert Tardif

**HEARING:**

Motion to Sell Property Free and Clear of Liens. Property description: 20850 Hammock Greens Lane &#035; 104, Estero, Florida, a Condominium Unit, to Richard and Mary Beth Pultz, Their Assigns/Designees, for &#036;220,400.00. . (Verify Fee) Filed by Trustee Robert E Tardif Jr.. (Tardif, Robert) Doc #25

**APPEARANCES:**: David Lampley, Bob Tardif, Ben Lambers

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion to Sell Property Free and Clear of Liens. Property description: 20850 Hammock Greens Lane &#035; 104, Estero, Florida, a Condominium Unit, to Richard and Mary Beth Pultz, Their Assigns/Designees, for &#036;220,400.00. . (Verify Fee) Filed by Trustee Robert E Tardif Jr.. (Tardif, Robert) Doc #25 -   Granted with lien holders consent, carve out for estate O/Tardif Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.